■ HANS BADER et al., Appellants, v GILL ABSTRACT CORPORATION et al., Respondents. [666 NYS2d 526] —Appeal from an order of the Supreme Court (Kane, J.), entered December 16, 1996 in Sullivan County, which granted defendants' motion for summary judgment dismissing the complaint.

Order affirmed, upon the opinion of Justice Anthony Kane.

Mikoll, J. P., Mercure, Crew III, White and Yesawich Jr., JJ., concur. Ordered that the order is affirmed, with costs.